UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE TARASENKO *et al.*,

    Plaintiffs,                            Case No. 15-10460
                                          Hon. Matthew F. Leitman

v.

DEBRA JOHNS,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #10)

On January 8, 2016, Defendant Debra Johns ("Johns") filed a Motion for Summary Judgment (the "Motion"). (*See* ECF #10.) The Court held a hearing on the Motion on April 18, 2016. **IT IS HEREBY ORDERED** that for the reasons stated on the record at the April 18, 2016, hearing (which reasons the Court may supplement in a later Opinion), the Motion (ECF #10) is **GRANTED IN PART AND DENIED IN PART** as follows:

- The Motion is **DENIED** with respect to Plaintiffs' claim that Johns entered the Tarasenko residence in violation of the Fourth Amendment on or about June 18, 2013.

- The Motion is **GRANTED** in all other respects.

**IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 19, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 19, 2016, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113